UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

---

PAUL PARSHALL,

    Plaintiff,

v.

BANK MUTUAL CORPORATION,
MICHAEL T. CROWLEY, JR.,
DAVID C. BOERKE,
RICHARD A. BROWN,
THOMAS H. BUESTRIN,
MARK C. HERR,
LISA A. MAUER,
WILLIAM J. MIELKE,
ROBERT B. OLSON,
MIKE I. SHAFIR,
DAVID A BAUMGARTEN,
and
ASSOCIATED BANC-CORP,

    Defendants.

Case No. 17-cv-1209-pp

---

## ORDER OF RECUSAL

---

Under 28 U.S.C. §455(a) and Canon 3(C)(1) of the Code of Conduct for United States Judges, I recuse myself from further participation in this case.

The court **ORDERS** that the clerk's office randomly assign this case to another judge in the Eastern District of Wisconsin.

Dated in Milwaukee, Wisconsin this 19th day of September, 2017.

BY THE COURT:

_____
**HON. PAMELA PEPPER**
**United States District Judge**