UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN
MILWAUKEE DIVISION

| | |
|---|---|
| PAUL PARSHALL, Individually and on behalf of all others similarly situated,<br><br>         Plaintiff,<br><br>     v.<br><br>BANK MUTUAL CORPORATION, MICHAEL T. CROWLEY, JR., DAVID C. BOERKE, RICHARD A. BROWN, THOMAS H. BUERSTRIN, MARK C. HERR, LISA A. MAUER, WILLIAM J. MIELKE, ROBERT B. OLSON, MICHAEL I. SHAFIR, DAVID A. BAUMGARTEN, and ASSOCIATED BANC-CORP,<br><br>         Defendants. | Case No. 2:17-cv-01209-JPS |

## NOTICE OF DISMISSAL WITH PREJUDICE

In accordance with Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff, Paul Parshall, by counsel, hereby gives notice that he is dismissing all claims in the above-captioned matter, with prejudice as to himself and without prejudice as to all others similarly situated.

Dated: October 19, 2017

**OF COUNSEL:**

**RIGRODSKY & LONG, P.A.**
2 Righter Parkway, Suite 120
Wilmington, DE 19803
(302) 295-5310

**RM LAW, P.C.**
1055 Westlakes Drive, Suite 300
Berwyn, PA 19312
(484) 324-6800

**CABANISS LAW**

By:  **S/JOHN C. CABANISS**
John Cabaniss, SBN 1002857
839 N. Jefferson St.
Suite 400
Milwaukee, WI 53202
(414) 220-9211

*Attorneys for Plaintiff*